UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:21-cr-20580-GAYLES/TORRES

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JUAN DOMINGO EUSEBIO and JOSE
MANUEL MENDEZ,

    Defendants.
_____/

# ORDER

**THIS CAUSE** comes before the Court upon Chief Magistrate Judge Edwin G. Torres' Report and Recommendation (the "Report") [ECF No. 31]. On May 26, 2022, Defendants Juan Domingo Eusebio and Jose Manuel Mendez filed their Joint Motion to Dismiss the Indictment (the "Motion"). [ECF No. 23]. The matter was referred to Judge Torres, pursuant to 28 U.S.C. § 636(b)(1)(B), for a Report and Recommendation. [ECF No. 24]. On July 27, 2022, Judge Torres issued his Report recommending that the Motion be denied. Defendants timely filed objections to the Report. [ECF No. 34]. The Government filed a response. [ECF No. 35].

A district court may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). Those portions of the report and recommendation to which objection is made are accorded *de novo* review, if those objections "pinpoint the specific findings that the party disagrees with." *United States v. Schultz*, 565 F.3d 1353, 1360 (11th Cir. 2009); *see also* Fed. R. Civ. P. 72(b)(3). Any portions of the report and recommendation to which *no* specific objection is made are reviewed only for clear error. *Liberty Am. Ins. Grp., Inc. v. WestPoint Underwriters, L.L.C.*, 199 F. Supp. 2d 1271, 1276 (M.D. Fla. 2001); *accord Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006).

2

Having conducted a *de novo* review of the record, the Court agrees with Judge Torres' well-reasoned analysis and conclusion that Defendants' Motion should be denied.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

(1) Chief Magistrate Judge Edwin G. Torres' Report and Recommendation, [ECF No. 31], is **AFFIRMED AND ADOPTED** and incorporated into this Order by reference.

(2) Defendants' Joint Motion to Dismiss the Indictment, [ECF No. 23], is **DENIED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 17th day of August, 2022.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE